# United States District Court
District of Arizona
## Office of the Clerk

**Debra D. Lucas**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Michael O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

November 23, 2020

To: All Parties/Counsel of Record

    Re:  Cheek, v. Gurstel Law Firm, P.C., et al.,
          3:19-cv-00590

Dear Parties/Counsel of Record:

The above mentioned cause of action has been received in this district and has been assigned to the Honorable John J. Tuchi for all further proceedings.  All future pleadings should now list the following complete case number:  **CV-20-2253-PHX-JJT**.

If any documents have been filed in North Carolina since the transfer of this case, please arrange with the Clerk there to send them to this office for filing.

Sincerely,

**DEBRA D. LUCAS, DCE/CLERK**


By: <u>s/M. Pruneau</u>
      Deputy Clerk