THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIVLR 5.4
(Rule Number/Section)

Name  LeGretta F. Cheek

Address  113 Indian Trail Rd. N.

Suite 100

Indian Trail, NC 28079

Telephone  704-578-4889

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 07 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

LEGRETTA F. CHEEK  )
 )
    Plaintiff,  )  Case No. CV-20-2253-PHX-JJT
 )
vs.  )  **MOTION TO ALLOW**
 )  **ELECTRONIC FILING**
GURSTEL LAW FIRM, P.C. SHANNON I )  **BY A PARTY APPEARING**
 )  **WITHOUT AN ATTORNEY and**
    Defendant.  )  **SUPPORTING INFORMATION**
 )
_____)

I, LEGRETTA F. CHEEK _____, declare that I am the Plaintiff/Defendant representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A.  Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OSX.
- PDF-compatible word processor such as Corel WordPerfect or Microsoft Word
- Internet access (high speed is recommended)
- A Web browser. Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5 have been tested and certified for compatibility with ECF, and are therefore recommended
- PDF conversion software - Adobe Acrobat version 6 or higher (Standard or Professional) is recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader is needed for viewing e-filed PDF documents

Windows Platform
_____
_____
_____
_____
_____

B.  Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

   Yes  ☑   No  ☐

C.  Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

   Yes  ☑   No  ☐

D.  Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

   Yes  ☑   No  ☐

E.  Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

   Yes  ☑   No  ☐

F.  Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

   Yes  ☑   No  ☐

DATED this __2nd__ day of __December__, 200__20__.

_[signature: LeGretta F. Cheek]_
Your signature in ink

LeGretta F. Cheek
Your name typed or printed

113 Indian Trail Rd. N. Ste. 100
Indian Trail, NC 28079
Address

704-578-4889
Telephone Number

## PRO SE PARTICIPANT ELECTRONIC CASE FILES REGISTRATION FORM

This form is to be used to register for an account on the District of Arizona's Electronic Case Files (ECF) System. Registered users will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the ECF system. Filers representing themselves and granted leave to electronically file must seek leave to electronically file in each new case. The following information is required for registration:

Personal Information

First Name __LeGretta__   Middle Name __F.__

Last Name __Cheek__   Generation _____

Address __113 Indian Trail Rd. N., Suite 100__

City __Indian Trail__   State __NC__   Zip Code __28079__

Telephone Number __704-578-4889__

Fax Number __910-595-5515__

Your login and password will be sent to the address entered above. You must enter a valid e-mail address in order to obtain an ECF login.

E-mail address __lcheek9167@aol.com__

E-mail type:

[✓]   HTML - Recommended for most e-mail clients

[ ]   Plain Text - Recommended for older e-mail clients which cannot process HTML e-mail

By submitting this registration form, the undersigned agrees to abide by the following rules:

This ECF system is for use only in cases designated by the United States District Court for the District of Arizona in which the pro se party has been granted leave to electronically file. The ECF system may be used to file and view electronic documents, docket sheets and notices. Please visit www.azd.uscourts.gov to register for training.

Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper must be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers must be signed by the party. A registered user's password issued by the Clerk's Office combined with the identification, serves as and constitutes the registered user's signature. Therefore, a registered user must protect and secure the password issued by the Clerk's Office. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the registered user to immediately notify the Clerk's Office. This should include the resignation or reassignment of the person with authority to use the password. The Clerk's Office will immediately delete the password from the electronic filing system and issue a new password.

Each registered user desiring to electronically file documents must complete and sign a Pro Se Participant Electronic Case Files Registration Form. Registering as a user constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the Electronic Case Filing Administrative Policies and Procedures Manual.

A registered user accesses court case information by the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the Clerk's Office manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the login and password issued by the Clerk's Office. To register for PACER, a user must complete the online form or submit a registration form available on the PACER website http://pacer.psc.uscourts.gov

By this registration the undersigned agrees to abide by all of the rules and regulations in the Electronic Case Filing Administrative Policies and Procedures Manual currently in effect and any changes or additions that may be made to such administrative procedures in the future.

Date  12/02/2020

s/ LEGRETTA F. CHEEK
Participant Signature

Type your full name, prefixed with "s/", in the field above to acknowledge that you have read and understand the information in this document.