Andrew D. Parker (#028314)
PARKER DANIELS KIBORT LLC
888 Colwell Building
123 N. Third Street
Minneapolis, MN  55402
Telephone: (480) 739-2966
Facsimile: (612) 355-4101
*Attorney for Defendants Gurstel Law Firm, P.C.,*
*Shannon Crane, Whitney Jacobsen, and Jesse Vassallo Lopez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| LeGretta F. Cheek, *Pro Se* | Case No. 2:20-CV-2253-PHX-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Gurstel Law Firm, P.C., Shannon Crane, Whitney Jacobson, Jesse Vassallo Lopez, | |
| Defendants. | |

TO:   The Clerk of Court and All Parties of Record:

Notice is hereby given that Andrew D. Parker of the law firm Parker Daniels Kibort LLC, enters his appearance on behalf of Defendants Gurstel Law Firm P.C., Shannon Crane, Whitney Jacobson and Jesse Vassallo Lopez.

This the 18th day of December, 2020.

**PARKER DANIELS KIBORT LLC**

By  *s/Andrew D. Parker*
    Andrew D. Parker (#028314)
    Parker Daniels Kibort LLC
    888 Coldwell Building
    123 N. Third Street
    Minneapolis, MN  55402
    Phone: (612) 355-4100
    Fax:  (612) (355-4101
    *parker@parkerdk.com*

*Attorney for Defendants Gurstel Law Firm P.C., Shannon Crane, Whitney Jacobson and Jesse Vassallo Lopez*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to all parties and attorneys of record in this matter, including *pro se* Plaintiff, LeGretta Cheek.

*/s/Mary B. Beeman*
Mary B. Beeman