Andrew D. Parker (#028314)
PARKER DANIELS KIBORT LLC
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55402
Telephone: (480) 739-2966
Facsimile: (612) 355-4101
*Attorney for Defendants Gurstel Law Firm, P.C.,*
*Shannon Crane, Whitney Jacobsen, and Jesse Vassallo Lopez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| LeGretta F. Cheek, Pro Se | Case No. 2:20-CV-2253-PHX-JJT |
| Plaintiff, | |
| vs. | **DECLARATION OF ANDREW D. PARKER** |
| Gurstel Law Firm, P.C., Shannon Crane, Whitney Jacobson, Jesse Vassallo Lopez, | |
| Defendants. | |

Andrew D. Parker, hereby states and declares as follows:

1. I am an attorney with Parker Daniels Kibort LLC and am the attorney handling this matter on behalf of Gurstel Law Firm, P.C., Shannon Crane, Whitney Jacobson, and Jesse Vassallo Lopez (collectively "Defendants.")

2. This Declaration is made based upon personal knowledge and information.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Court's Order Denying Legretta F. Cheek's motion to dismiss, filed April 26, 2019, in *Bank of America*

*v. Legretta F. Cheek*, Superior Court of Arizona, County of Maricopa, Case No. CV-2018-056884.

    4.    Attached hereto as **Exhibit B** is a true and correct copy of the Court's Order granting Bank of America's motion for summary judgment, filed October 1, 2019, in Bank of America v. Legretta F. Cheek, Superior Court of Arizona, County of Maricopa, Case No. CV-2018-056884.

Signed on December 19, 2020, in the State of Minnesota, County of Hennepin.

                                            *s/ Andrew D. Parker*
                                            Andrew D. Parker

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to all parties and attorneys of record in this matter, including *pro se* Plaintiff, LeGretta Cheek.

*/s/Mary B. Beeman*
Mary B. Beeman