1  Andrew D. Parker (#028314)
2  PARKER DANIELS KIBORT LLC
   888 Colwell Building
3  123 N. Third Street
   Minneapolis, MN  55402
4  Telephone: (480) 739-2966
5  Facsimile: (612) 355-4101
   *Attorney for Defendants Gurstel Law Firm, P.C.,*
6  *Jesse Vassallo Lopez and Amy L. Blowers*

7

8

9              **UNITED STATES DISTRICT COURT**
10                  **DISTRICT OF ARIZONA**

11                                      )
12  LeGretta F. Cheek, Pro Se           )  Case No. 2:20-CV-2253-PHX-JJT
                                        )
13         Plaintiff,                   )
                                        )
14                                      )
   vs.                                  )      **NOTICE OF WITHDRAWAL**
15                                      )      **OF COUNSEL**
                                        )
16  Gurstel Law Firm, P.C., Shannon Crane, )
   Whitney Jacobson, Jesse Vassallo Lopez,)
17                                      )
18         Defendants.                  )

19

20  TO:    The Clerk of Court and All Parties of Record:

21         Pursuant to Rule 83.3 of the Local Rules of the United States District Court for

22  the District of Arizona, the undersigned counsel hereby notifies the Court and counsel

23  that Caren D. Enloe ("Attorney Enloe"), currently listed as one of the counsel of record

24

25  for Defendants Gurstel Law Firm, P.C., Shannon Carne, Whitney Jacobson, Jesse

26  Vassallo Lopez, in this case for the following reason(s):

27         On November 23, 2020, this case was moved from the District of North Carolina to

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

the District of Arizona (Doc. 38).  In the North Carolina action, Attorney Enloe acted as Local Counsel assisting the undersigned attorney of record, Andrew D. Parker.  Attorney Enloe is not licensed to practice in the state of Arizona.

Attorney Parker is a licensed attorney in Arizona and filed his Notice of Appearance in this matter on December 19, 2020 (Doc. 45).  Attorney Parker will remain as Counsel of Record for the named Defendants.

The Clients agree to Attorney Enloe's withdrawal as counsel at this time.  The last known addresses for Defendants Gurstel Law Firm, P.C., Shannon Carne, Whitney Jacobson and Jesse Vassallo Lopez are:

Gurstel Law Firm, P.C.
6681 Country Club Drive
Golden Valley, MN 55427

Shannon Crane
42114 N. Olympic Fields Ct
Anthem, AZ 85086

Whitney Jacobson
6813 E. Orion Dr.
Scottsdale, AZ 85257

Jesse Vassallo López
4140 North Central Avenue
Apt. 2122
Phoenix, AZ 85012

1

2    This the 14th day of January, 2021.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Respectfully submitted,*

**PARKER DANIELS KIBORT LLC**

By  *s/Andrew D. Parker*
Andrew D. Parker (#028314)
Parker Daniels Kibort LLC
888 Coldwell Building
123 N. Third Street
Minneapolis, MN  55402
Phone: (612) 355-4100
Fax:  (612) (355-4101
*parker@parkerdk.com*

*Attorney for Defendants Gurstel Law Firm P.C., Shannon Crane, Whitney Jacobson and Jesse Vassallo Lopez*

*with*

**SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP**

Caren D. Enloe
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC  27619-6010
Telephone:  919-250-2000
Facsimile:  919-250-2124

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to all parties and attorneys of record in this matter, including *pro se* Plaintiff, LeGretta Cheek.


*/s/Mary B. Beeman*
Mary B. Beeman