Andrew D. Parker (#028314)
PARKER DANIELS KIBORT LLC
888 Colwell Building
123 N. Third Street
Minneapolis, MN  55402
Telephone: (480) 739-2966
Facsimile: (612) 355-4101
*Attorney for Defendants Gurstel Law Firm, P.C.,*
*Shannon Crane, Whitney Jacobsen, and Jesse Vassallo Lopez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| LeGretta F. Cheek, *Pro Se* | Case No. 2:20-CV-2253-PHX-JJT |
| Plaintiff, | |
| vs. | **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** |
| Gurstel Law Firm, P.C., Shannon Crane, Whitney Jacobson, Jesse Vassallo Lopez, | |
| Defendants. | |

Defendants Gurstel Law Firm, P.C., Shannon Crane, Whitney Jacobson, and Jesse Vassallo Lopez ("Defendants") request the Court deny Plaintiff's motion to strike. Plaintiff's motion to strike is based on a sole argument that Defendants' counsel did not perform a meet and confer prior to filing their Rule 12(b)(6) motion to dismiss in accordance with Local Rule of Civil Procedure 12.1(c). This is false. On December 18, 2020, prior to filing the motion to dismiss, Defendants' counsel performed the meet and confer via email correspondence with Plaintiff. (*See* Second Declaration of Andrew Parker, Exhibit 1).

## CONCLUSION

For the reasons stated herein, Defendants respectfully requests that this Court deny Plaintiff's motion to strike in its entirety.

This the 28 day of January, 2021.

                **PARKER DANIELS KIBORT LLC**

                By  *s/Andrew D. Parker*
                     Andrew D. Parker (#028314)
                     Parker Daniels Kibort LLC
                     888 Coldwell Building
                     123 N. Third Street
                     Minneapolis, MN  55402
                     Phone: (612) 355-4100
                     Fax:  (612) (355-4101
                     *parker@parkerdk.com*

                *Attorney for Defendants Gurstel Law Firm P.C., Shannon Crane, Whitney Jacobson and Jesse Vassallo Lopez*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to all parties and attorneys of record in this matter, including *pro se* Plaintiff, LeGretta Cheek.

/s/Mary B. Beeman
Mary B. Beeman