Andrew D. Parker (#028314)
PARKER DANIELS KIBORT LLC
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55402
Telephone: (480) 739-2966
Facsimile: (612) 355-4101
*Attorney for Defendants Gurstel Law Firm, P.C.,*
*Jesse Vassallo Lopez and Amy L. Blowers*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| LeGretta F. Cheek, Pro Se | Case No. 2:20-CV-2253-PHX-JJT |
| Plaintiff, | |
| vs. | **SECOND DECLARATION OF ANDREW D. PARKER** |
| Gurstel Law Firm, P.C., Shannon Crane, Whitney Jacobson, Jesse Vassallo Lopez, | |
| Defendants. | |

Andrew D. Parker, hereby states and declares as follows:

1. I am an attorney with Parker Daniels Kibort LLC and I represent Gurstel Law Firm, P.C., Shannon Crane, Whitney Jacobson, and Jesse Vassallo Lopez (collectively "Defendants.")

2. This Declaration is made based upon personal knowledge and information.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain dated December 18, 2020. This email demonstrates Defendants' counsel conducting its

meet and confer with Plaintiff LeGretta Creek in accordance with Local Rule of Civil Procedure 12.1(c).

Signed on January 28, 2021, in the State of Minnesota, County of Hennepin.

            *s/ Andrew D. Parker*
            Andrew D. Parker

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to all parties and attorneys of record in this matter, including *pro se* Plaintiff, LeGretta Cheek.

*/s/Mary B. Beeman*
Mary B. Beeman